ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN. 109740
hal@rbblawgroup.com
Gregory T. Babbitt, SBN: 214299
greg@rbblawgroup.com
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
TELE: (858) 348-1005
FAX: (858) 348-1150

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HAHN, an individual, and VALERIE HAHN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NEWMAR CORPORATION, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 2:08-CV-01776-FCD-GGH<br><br>**STIPULATION AND ORDER DISMISSING ACTION**<br><br>Complaint Filed:   July 30, 2008<br>Trial Date:             December 7, 2010 |

TO THIS HONORABLE COURT:

THE PARTIES by and through their respective attorneys of record, pursuant to F.R.C.P. 41(a)(1)(ii), hereby stipulate as follows:

Plaintiffs, ARTHUR HAHN and VALERIE HAHN and Defendant NEWMAR CORPORATION have negotiated a settlement to this case. The parties agree to dismiss the pending action with prejudice. The parties agree to submit this Stipulation to the Court and jointly request that the Court enter it as an order.

/ / /

/ / /

/ / /

For the purposes of this Stipulation, facsimile signatures shall be deemed as originals.

Dated: July 23, 2010                ROSNER, BARRY & BABBITT, LLP


                                    By:   _/s/_____
                                          Gregory T. Babbitt
                                          Attorneys for Plaintiffs


Dated: July ___, 2010               LAW OFFICES OF KEVIN J. TULLY


                                    By:   __/s/_____
                                          Kevin J. Tully
                                          Attorney for Newmar Corporation


### **ORDER**

IT IS SO ORDERED.

Dated: July 27, 2010                _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE